Pauline De Waal Orsi, plaintiff in error, v. Victor Orsi, defendant in error. Gen. No. 38,297.

Opinion filed December 16, 1935.

William R. Peacock, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Dave Feigenberg et al., defendants, on appeal of Bernard Rodin and Rose Rodin, appellants. Gen. No. 38,307.

Opinion filed December 16, 1935.

Kessler, Tobin & Miller, for appellants; Harry Tobin, of counsel. Winston, Strawn & Shaw and A. Edmund Peterson, for appellee; Richard H. Hollen, Anthony L. Michel and George W. Ott, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Roy E. Bishop and Frances Bishop, appellees, v. Arthur T. McIntosh, appellant. Gen. No. 38,389.

Opinion filed December 16, 1935. Rehearing denied December 30, 1935.

Case, Elsdon, Shults & Lundeberg, for appellant; Charles Center Case, of counsel. Bither & Bither, for appellees.

Mr. Justice Matchett delivered the opinion of the court.